473 A.2d 691

Commonwealth v. Harris, Appellant.

Submitted November 18, 1983. Ralph W. Litzenberger, for appellant; John F. Spirk, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.